UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: Spears, Ricky                                        Case No. 23-30676PNS3
      Spears, Mitzi                                         Chapter 7
_____/

## REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:  Debtor(s), Creditors and Parties in Interest

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: 2005 Mercury Optimax, household goods and furniture, books and clothing minus exemptions = $3,000.00.

2. **Manner of Sale**:  Private ( X )*      Public Auction (  )

3. **Terms of Sale**: Private sale to Ricky and Mitzi Spears, the debtors, for the sum of $3,000.00 in monthly installments of $250.00 per month, beginning December 15, 2023 and continuing each month thereafter until paid in full.

  * (Applicable to private sales only)  The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received by the trustee at the address listed below no later than the close of business on November 28, 2023.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: 11/7/23                          /s/ Sherry Fowler Chancellor,_____
                                        SHERRY FOWLER CHANCELLOR, Trustee
Mailed: 11/7/23                         619 W. Chase Street, PENSACOLA, FL 32502
                                        (850) 436-8445

Copies mailed to all parties listed on the attached Court's mailing matrix on November 7, 2023 by R. Chancellor
                                                        /s/ Rhett Chancellor___

```
Label Matrix for local noticing          Florida Dept. of Labor/Employment Security   Florida Dept. of Revenue
1129-3                                    c/o Florida Dept. of Revenue                 Bankruptcy Unit
Case 23-30676-KKS                         P.O. Box 6668                                P.O. Box 6668
Northern District of Florida              Tallahassee, FL 32314-6668                   Tallahassee, FL 32314-6668
Pensacola
Tue Nov  7 13:25:22 EST 2023

Internal Revenue Service                  OneMain                                      Secretary of the Treasury
P.O. Box 7346                             PO Box 3251                                  U.S. Treasury Department
Philadelphia, PA 19101-7346               Evansville, IN 47731-3251                    15th & Pennsylvania Ave.
                                                                                       Washington, DC 20220-0001


(p)UNITED STATES ATTORNEY'S OFFICE        U.S. Securities & Exchange Commission        (p)ALL IN FEDERAL CREDIT UNION
111 NORTH ADAMS STREET                    Atlanta Reg Office and Reorg                 PO DRAWER 8
4TH FLOOR                                 950 E Paces Ferry Rd NE                      DALEVILLE AL 36322-0008
TALLAHASSEE FL 32301-7730                 Ste. 900
                                          Atlanta, GA 30326-1382


CHEX SYSTEMS                              CITY ELECTRIC SUPPLY COMPANY                 CLERK OF COURT LAKE COUNTY
ATTN: CUSTOMERS RELATIONS                 3961 AVALON BLVD                             500 W MAIN ST
7805 HUDSON RD., STE 100                  MILTON, FL 32583-5509                        2022 SC 002487
SAINT PAUL, MN 55125-1595                                                              TAVARES, FL 32778


(p)EQUIFAX  INC                           EXPERIAN                                     FIRST FEDERAL BANK OF FLORIDA
1550 Peachtree Street NE                  475 ANTON RD                                 4705 HWY 90 WEST
Atlanta, GA 30309                         COSTA MESA, CA 92626-7037                    LAKE CITY, FL 32055-4884


First Federal Bank Of Florida, By Assignment   HIDAY & RICKE, P.A.                     INTERNAL REVENUE SERVICE
FDIC as receiver For Bank of Bonifay           P.O. BOX 550858                         CENTRALIZED INSOLVENCY
c/o Hiday & Ricke, P.A.                        JACKSONVILLE, FL 32255-0858             P.O. BOX 7346
P.O. Box 550858                                                                        PHILADELPHIA, PA 19101-7346
Jacksonville, FL 32255-0858

JACKSON COUNTY CLERK OF COURT             JACKSON COUNTY CLERK OF COURT                JEFFERY WHITTON
4445 LAFAYETTE ST.                        4445 LAFAYETTE ST.                           PO BOX 1956
17-155-CA                                 21-606-CC                                    PANAMA CITY, FL 32402-1956
MARIANNA, FL 32446-3468                   MARIANNA, FL 32446-3468


KEY ELECTRIC SUPPLY, INC                  MARSHALL & TASHA NICHOLSON                   ONE MAIN FINANCIAL
1418 HARRISON AVE                         4485 COOK RD                                 ATTN: BANKRUPTCY
PANAMA CITY, FL 32401-2210                MARIANNA, FL 32448-4547                      725 INDUSTRIAL BLVD
                                                                                       LONDON, KY 40741-7288


ONEMAIN FINANCIAL                         ONEMAIN FINANCIAL                            S&S ELECTRIC OF FLORIDA, INC
4863 WESTSIDE PLAZA                       PO BOX 1170                                  4494 PILCHER RD
MARIANNA, FL 32448-2565                   EVANSVILLE, IN 47706-1170                    MARIANNA, FL 32448-4548


STONE & GREEN, PA                         TRANSUNION (DISPUTES)                        (p)US BANK
4850 N HIGHWAY 19A                        P.O. BOX 900                                 PO BOX 5229
MOUNT DORA, FL 32757-2008                 WOODLYN, PA 19094-0900                       CINCINNATI OH 45201-5229
```

| | | |
|---|---|---|
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Martin S. Lewis<br>Lewis & Jurnovoy, P.A.<br>1100 North Palafox St.<br>Pensacola, FL 32501-2608 | Merrick B. Garland<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Mitzi Harrison Spears<br>4494 Pilcher Rd<br>Marianna, FL 32448-4548 | Ricky Leroy Spears<br>4494 Pilcher Rd<br>Marianna, FL 32448-4548 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 |
| Steven D. Jurnovoy<br>Lewis & Jurnovoy, P.A.<br>1100 North Palafox Street<br>Pensacola, FL 32501-2608 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32501 | (d)U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | ALL IN CREDIT UNION<br>P.O. BOX 8<br>DALEVILLE, AL 36322 |
| EQUIFAX (DISPUTES)<br>PO BOX 740256<br>ATLANTA, GA 30374 | US BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | (d)US BANK<br>PO BOX 790408<br>ST. LOUIS, MO 63179 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36